# CASE NO. 23-1361

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

DAVID HOFF,

    Plaintiff – Appellee,

v.

AMENDED AND RESTATED ANADARKO PETROLEUM CORP. CHANGE OF CONTROL SEVERANCE PLAN; ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE,

    Defendants – Appellants.

On Appeal from the United States District Court
For the District of Colorado
The Honorable Judge Daniel D. Domenico
D.C. No. 1:21-CV-02589-DDD-MEH

**JOINT STIPULATION FOR DISMISSAL OF APPEAL**

    Appellants, Amended and Restated Anadarko Petroleum Corp. Change of Control Severance Plan and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee (collectively, "Anadarko"), and Appellee, David B. Hoff ("Hoff"), by and through their undersigned counsel, hereby stipulate under Fed. R. App. P. 42(b)(1) to dismissal of this appeal with prejudice, each party

1

to pay his and its own attorneys' fees and costs. Hoff and Anadarko will pay any court fees that are due.

Respectfully submitted this 3rd day of April, 2025.

<div style="margin-left: 2em;">

By:  /s/ *Kristina Williams*
Kristina Williams
Texas State Bar No. 24078303
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
kristina.williams@nortonrosefulbright.com

Shauna Johnson Clark
Texas State Bar No. 00790977
Kimberly F. Cheeseman
Texas State Bar No. 24082809
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
shauna.clark@nortonrosefulbright.com
kimberly.cheeseman@nortonrosefulbright.com
**Counsel for Defendants-Appellants Amended and Restated Anadarko Petroleum Corporation Change of Control Severance Plan, et al.**

By:  /s/ *Leah P. VanLandschoot* (with permission)
Leah P. VanLandschoot
Colo. State Bar No. #35723
THE LITIGATION BOUTIQUE LLC
78 West 11th Avenue
Denver, Colorado 80204
(303) 355-1942
lvanlandschoot@thelitbot.com
**Attorney for Plaintiff-Appellee David B. Hoff**

</div>

2

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that an electronic copy of this Joint Stipulation for Dismissal of Appeal was electronically filed with the Clerk of the Tenth Circuit in compliance with Tenth Circuit Rule 25 on April 3, 2025. The undersigned counsel further certifies that a PDF copy of said Joint Stipulation for Dismissal of Appeal was contemporaneously served by the Court's electronic-filing system on counsel for Appellee in compliance with Federal Rule of Appellate Procedure 25 and Tenth Circuit Rule 25.3, on April 3, 2025.

/s/ *Kristina Williams*
Kristina Williams

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1.      This Joint Stipulation for Dismissal of Appeal complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(c) because this paper contains 74 words.

2.      This Joint Stipulation for Dismissal of Appeal complies with the typeface requirements of Federal Rule of Appellate Procedure 32(c) and the type style requirements of Federal Rule of Appellate Procedure 32(c) because this Joint Stipulation for Dismissal of Appeal has been prepared in a proportionally-spaced typeface using Microsoft Word in Times New Roman 14-point font.

        /s/ *Kristina Williams*
        Kristina Williams

**CERTIFICATE OF DIGITAL SUBMISSION**

Pursuant to Fed. R. App. P. 25, 10th Cir. R. 25.3, and Section II.J of the Court's CM/ECF User Manual, I hereby certify that:

1. All required privacy redactions have been made in accordance with Fed. R. App. P. 25(a) and 10th Cir. R. 25.5;

2. Any hard copies of this Joint Stipulation for Dismissal of Appeal required to be submitted shall be exact copies of this electronically-filed version, which was submitted to the Clerk of the United States Court of Appeals for the Tenth Circuit using the CM/ECF system; and

3. This Joint Stipulation for Dismissal of Appeal has been scanned for viruses with the most recent version of the commercial virus scanning program CrowdStrike Falcon Sensor, and no viruses were detected.

/s/ *Kristina Williams*
Kristina Williams